DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRUCE BALKEY,**
Appellant,

v.

**GULFSTREAM PARK RACING ASSOCIATION, INC.,**
Appellee.

No. 4D17-943

[March 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. CACE16-005203 (21).

Bruce Balkey, Hallandale Beach, pro se.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*